**Order entered July 15, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00379-CV

### DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant

### V.

### SHERI KOWALSKI, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-03723-E**

### ORDER

Before the Court is appellant's unopposed motion for a fourteen-day extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 9, 2021.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE